UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No.  03-75018

v.                                      District Judge Arthur J. Tarnow
                                            Magistrate Judge R. Steven Whalen

ALTON M. REID,

    Defendant.
_____/

## ORDER RELEASING BANK GARNISHMENT

Upon the filing and reading of the Plaintiff's Petitions [Docket #15 and #16],

**IT IS HEREBY ORDERED** that **BANK ONE, NA** is hereby released from any liability under said Garnishment and any funds should be restored to the principal Defendant upon receipt of this document.

                                                S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated:  June 9, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 9, 2006.

                                                S/Gina Wilson
                                                Judicial Assistant